IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: 2019 TERMS OF COURT FOR THE )
ERIE DIVISION OF THE UNITED STATES ) MISCELLANEOUS NO. 18-44 ERIE
DISTRICT COURT FOR THE WESTERN )
DISTRICT OF PENNSYLVANIA )

**ORDER**

AND NOW, this 10th day of April, 2019, **IT IS HEREBY ORDERED** that the order of court dated October 3, 2018 [doc. #2] is amended to extend the length of the June 10, 2019 trial term <u>only</u> up to and including, July 31, 2019.

**IT IS FURTHER ORDERED** that in all other aspects, the Court's order of October 3, 2018 shall remain in full force and effect.

**IT IS FURTHER ORDERED** that any subsequent amendments(s) to this Order may be issued by the Honorable Susan Paradise Baxter.

_____
Mark R. Hornak, Chief Judge
United States District Court

cc: All District and Magistrate Judges of the Western District of Pennsylvania

Joshua C. Lewis, Clerk of Court

Clerk's Office – Erie Division

U.S. Attorney's Office

Federal Public Defender

U.S. Marshal Service

U.S. Probation and Pretrial Services Office

Honorable John J. Trucilla, President Judge
Court of Common Pleas of Erie County
Erie County Courthouse
140 West Sixth Street, Room 218
Erie, PA 16501

Robert J. Catalde,
District Court Administrator
Erie County Courthouse
140 West Sixth Street, Room 210
Erie, PA 16501

U.S. Probation and Pretrial Services Office
Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA  15219

U.S. Probation and Pretrial Services Office
Western District of Pennsylvania
17 South Park Row
Erie, PA  16501

United States Attorney's Office
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219

United States Attorney's Office
Federal Courthouse, Room A330
17 South Park Row
Erie, PA  16501

U.S. Marshals Service
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 2360
Pittsburgh, PA  15219

U.S. Marshals Service
U.S. Courthouse
17 South Park Row, Room A-310
Erie, PA  16501

Federal Public Defender's Office
1001 Liberty Avenue
Suite 1500
Pittsburgh, PA  15222-3714

Federal Public Defender's Office
1111 Renaissance Centre
1001 State Street
Erie, PA  16501